474 A.2d 687

Commonwealth v. De Shields, Appellant.

Submitted January 4, 1984. Peter V. Marks, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

622

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.
Judgment of sentence, 1108 May Term, 1980 affirmed.
Judgment of sentence, 1109 May Term, 1980 affirmed.